

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00095-CV

**IN THE INTEREST OF N.B.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00469
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

We order David Zarate to file by June 12, 2015, a supplemental reporter's record of the February 4, 2015 hearing.

We grant appellee's motion for extension of time to file its brief in response to the appellants' briefs and order the Department's brief due June 22, 2015.

The court reporter and the Department are advised that no extensions of time will be granted absent a showing of extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court